G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
Bank of America Plaza
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (775) 329-5600
Facsimile No. (775) 348-8300
Attorneys for EDWARD WARKENTINE
and DANNIEL TANKERSLY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HECTOR J. SORIA; DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 1:13-CV-01550-LJO-MJS <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** <br><br> *COURT LANGUAGE ADDED TO PROPSED ORDER* |

WHEREAS Defendants originally scheduled the hearing on their Motion to Dismiss for March 11, 2014;

WHEREAS Plaintiffs' counsel has a conflict (he will be out of the country) such that he is unavailable for the hearing as scheduled on March 11, 2014;

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
1:13-CV-01550-LJO-MJS
PAGE 1

WHEREAS the parties are agreeable to continuing the hearing date until April 8, 2014, provided the parties file and serve their opposing and reply papers within the prescribed time periods, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the date for hearing Defendants' Motion to Dismiss should be continued from March 11, 2014, to April 8, 2014.

Dated February 19, 2014

ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 329-5600

By: _/s/ G. David Robertson_
G. David Robertson, Esq.
Attorneys for Plaintiffs

Dated February 19, 2014

FIKE & BORANIAN
401 Clovis Avenue, Suite 208
Clovis, California  93612

By: _/s/ David A. Fike_
David A. Fike, Esq.
Attorneys for Defendants

**ORDER**

Based on the parties' stipulation, this Court:

1. VACATES the March 11, 2014 hearing on defendants' motion to dismiss and ORDERS the parties not to appear for the hearing;

2. ORDERS plaintiffs, no later than March 25, 2014, to file and serve either:  (a) a first amended complaint as a matter of course, *see* F.R.Civ.P. 15(a); or (b) papers to respond to defendants' motion to dismiss;

3. ORDERS defendants, no later than April 1, 2014, to file and serve optional reply papers for their motion to dismiss, if plaintiffs do not file an amended complaint.

/ / /

/ / /

/ / /

1  Pursuant to its practice and if necessary, this Court will consider defendants' motion to
2  dismiss on the record without a hearing and issue a written order.

IT IS SO ORDERED.

Dated:  **February 20, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
1:13-CV-01550-LJO-MJS
PAGE 3