Michael L. Wilhelm #101495
Tracy E. Blair #199107
WALTER & WILHELM LAW GROUP
a Professional Corporation
205 East River Park Circle, Ste. 410
Fresno, California 93720
Telephone:     (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:        mwilhelm@W2LG.com
               tblair@W2LG.com

Attorneys for: Abraham Gonzalez, Felipe Gonzalez
dba Gonzalez Towing & Tire Shop

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>HECTOR J. SORIA, DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive,<br>           Defendants. | CASE NO. 1:13-cv-1550-LJO-MJS<br><br>**STIPULATION TO SET ASIDE THE DEFAULTS OF ABRAHAM GONZALEZ, FELIPE GONZALEZ AND GONZALEZ TOWING AND TIRE SHOP; AND ORDER APPROVING STIPULATION** |

Defendants, ABRAHAM GONZALEZ and FELIPE GONZALEZ dba GONZALEZ TOWING & TIRE SHOP (collectively referred to as the "Gonzalez–Defendants") and Plaintiffs EDWARD WARKENTINE and DANIEL TANKERSLEY (collectively referred to as "Plaintiffs") stipulate and agree as follows:

   1.    On September 25, 2013, the Plaintiffs filed case number 1:13-at-00703 in the United States District Court for the Eastern District of California- Fresno Division ("Complaint").

1

STIPULATION TO SET ASIDE THE DEFAULTS OF ABRAHAM GONZALEZ, FELIPE GONZALEZ AND GONZALEZ TOWING AND TIRE SHOP; AND ORDER APPROVING STIPULATION

2. The Complaint named a variety of defendants including the Gonzalez-Defendants that are parties to this Stipulation.

3. The Gonzalez-Defendants were served with the Complaint on January 15, 2014, but did not obtain counsel or file any appearance in the case prior to when an appearance was due.

4. On March 25, 2014, the Plaintiffs filed requests to enter the defaults of the Gonzalez-Defendants for failure to appear and respond to the Complaint.

5. Also on March 25, 2014, the Plaintiffs filed their First Amended Complaint (Amended Complaint").

6. On March 27, 2014, this court entered the defaults of each of the Gonzalez-Defendants.

7. The Gonzalez-Defendants have now obtained counsel to represent them and wish to respond to the Amended Complaint. Due to the Amended Compliant being filed, this should not create any prejudice to any party.

8. The Plaintiffs do not oppose the setting aside of the defaults of the Gonzalez-Defendants provided that they file an answer to the Amended Complaint on or before the later of April 25, 2014 or within five (5) days of this Court setting aside the defaults of the Gonzalez-Defendants.

THEREFORE the Parties to this Stipulation agree pursuant to Federal Rules of Civil Procedure 55(c) as follows:

1. The Default of Abraham Gonzalez is set aside.
2. The Default of Felipe Gonzalez is set aside.
3. The Default of Gonzalez Towing and Tire Shop is set aside.
4. The Gonzalez-Defendants shall file an answer to the Amended Complaint on or before the later of April 25, 2014 or within five (5) days of this Court setting aside the defaults of the Gonzalez-Defendants.

///
///
///
///

2

STIPULATION TO SET ASIDE THE DEFAULTS OF ABRAHAM GONZALEZ, FELIPE GONZALEZ AND GONZALEZ TOWING AND TIRE SHOP; AND ORDER APPROVING STIPULATION

Dated: April __, 2014                          WALTER & WILHELM LAW GROUP,
                                               a professional corporation


                                               By: _____
                                                    Michael L. Wilhelm
                                                    Attorney for Defendants Abraham Gonzalez, Felipe
                                                    Gonzalez dba Gonzalez Towing & Tire Shop


Dated: April __, 2014                          ROBERTSON, JOHNSON, MILLER & WILLIAMSON


                                               By: /s/_____
                                                    G. David Robertson
                                                    Attorney for Plaintiffs Edward Warkentine and
                                                    Daniel Tankersley


## ORDER

Based on the Stipulation of the Parties and good cause appearing therefore, the defaults of Abraham Gonzalez, Felipe Gonzalez and Gonzalez Towing and Tire Shop are set aside. These defendants shall file an answer to the Amended Complaint on or before the later of April 25, 2014 or within five (5) days of this Court setting aside their defaults.

IT IS SO ORDERED.

Dated:   April 22, 2014                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET ASIDE THE DEFAULTS OF ABRAHAM GONZALEZ, FELIPE GONZALEZ AND GONZALEZ TOWING AND TIRE SHOP; AND ORDER APPROVING STIPULATION