David A. Fike (#95325)
FIKE & BORANIAN
401 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone:  (559) 229-2200
Facsimile:    (559) 225-5504

Attorneys for Defendants
City of Mendota, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HECTOR J. SORIA; DANIEL GOSSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP<br><br>Defendants. | Case No.  1:13-CV-01550-LJO-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

WHEREAS the Scheduling Conference in the above matter was continued by the court to June 26, 2014 at 10:30 a.m. in Courtroom 6;

WHEREAS David A. Fike, counsel for Defendants City of Mendota, et al., has a previously scheduled vacation during the week of June 23 such that he is unavailable for the Scheduling Conference as currently scheduled;

WHEREAS all counsel are agreeable to continuing the Scheduling Conference to July 10, 2014 and this date has been cleared with the court;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, that the date for the Scheduling Conference in this proceeding may be continued from June 26, 2014 at 10:30 a.m. to July 10, 2014 at 9:30 a.m.

Dated: May 21, 2014                         FIKE & BORANIAN

/s/ David A. Fike_____
David A. Fike, Attorneys for Defendants
City of Mendota, et al.

ROBERTSON, JOHNSON, MILLER & WILLIAMSON

/s/ G. David Robertson_____
G. David Robertson, Attorneys for Plaintiffs

WALTER & WILHELM LAW GROUP

/s/ Michael L. Wilhelm_____
Michael L. Wilhelm, Attorneys for Abraham Gonzalez and Felipe Gonzalez

## **ORDER**

Good cause appearing, the above Stipulation of the parties is approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   May 21, 2014                         /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE

-2-
**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28