David A. Fike (#95325)
FIKE & BORANIAN
401 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone:  (559) 229-2200
Facsimile:   (559) 225-5504

Attorneys for Defendants
City of Mendota, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HECTOR J. SORIA; DANIEL GOSSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP <br><br> Defendants. | Case No.  1:13-CV-01550-MJS <br><br> **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that scheduling conflicts require a brief extension of the discovery deadlines, and, therefore, the Scheduling Order filed herein on July 14, 2014 shall be amended as follows:

    1.    The non-expert and expert discovery deadlines shall both be extended to coincide on May 26, 2015;

    2.    All non-dispositive motions including any discovery motions shall be filed no later than May 26, 2015;

    3.    All dispositive pre-trial motions shall be filed no later than June 2, 2015, and heard not later than July 14, 2015.

-1-

4.     The undersigned counsel for defendants has made several attempts over the past week to contact the two pro per Gonzalez defendants by telephone and by e-mail in order to ascertain whether they have any objection to the proposed amendment, however, there has been no response whatsoever by either Abraham Gonzalez or Felipe Gonzalez.

Dated:  March 27, 2014        FIKE & BORANIAN

/s/ David A. Fike_____
David A. Fike, Attorneys for Defendants
City of Mendota, et al.

ROBERTSON, JOHNSON, MILLER & WILLIAMSON

/s/ G. David Robertson_____
G. David Robertson, Attorneys for Plaintiffs

## ORDER

Good cause appearing the terms of the above STIPULATION AMENDING SCHEDULING ORDER in Case No. 1:13-CV-01550-MJS are accepted and adopted as the Order of the Court. However, the parties are encouraged to set dispositive motions for hearing earlier than July 14, 2015, to increase the likelihood same can be resolved before the Pretrial Conference.

IT IS SO ORDERED.

Dated:   March 31, 2015            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE