1  G. DAVID ROBERTSON, ESQ.
   California State Bar No. 111984
2  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
   Bank of America Plaza
3  50 West Liberty Street, Suite 600
   Reno, Nevada  89501
4  Telephone No. (775) 329-5600
   Facsimile No.  (775) 348-8300
5  Attorneys for EDWARD WARKENTINE
   and DANIEL TANKERSLEY
6

7

8                    **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10

| | |
|---|---|
| 11  EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual, | CASE NO.: 1:13-CV-01550-MJS |
| 12                     Plaintiffs, | |
| 13            v. | **STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES** |
| 14  HECTOR J. SORIA; DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive, | |
| 22                     Defendants. | |

23    IT IS HEREBY STIPULATED AND AGREED by the parties hereto, that a short

24  continuance of the trial in this matter should be granted in the interests of justice to both allow

25  the parties to complete discovery and also allow adequate time for the parties to brief, and for the

26  Court to consider, dispositive motions expected to be filed in this matter.  This is the first request

27  for a continuance of the trial in this matter.

28

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY
AND MOTION DEADLINES
1:13-CV-01550- MJS
PAGE 1

The parties have been working diligently in discovery to prepare for trial; however, the parties have encountered various issues which necessitate a continuance. For example, Plaintiffs recently located a large volume of documents which did not previously appear to be important to the prosecution of this case, but which now appear to be relevant in light of facts uncovered to date during the discovery process. Plaintiffs are thus currently working on a supplemental production. The Defendants will need additional time to review those documents, depose additional witnesses disclosed by the documents, and prepare their dispositive motion(s). In addition, Plaintiffs are awaiting certain discovery responses from the City Defendants, which Plaintiffs must review prior to taking some of the depositions, and those responses may also require additional investigation. Further, the parties have encountered scheduling conflicts with some of the necessary depositions, which have also impacted the parties' ability to file and respond to dispositive motions under the current schedule. Finally, the parties understand and share the Court's concern in its March 31, 2015 Order Amending Scheduling Order regarding the compressed timeline to resolve the dispositive motions. Thus, the parties now seek a short continuance to allow the parties to complete discovery and to further allow adequate time for the parties to brief, and for the Court to consider, all dispositive motions filed in this matter.

The below parties therefore respectfully request an approximately four-month continuance of the trial to the end of January 2016 or beginning of February 2016, or another time that is mutually agreeable to the parties and the Court. The below parties also request that expert and non-expert discovery be extended at least to August 21, 2015, the non-dispositive motion filing deadline to August 31, 2015, and the dispositive motion filing deadline to September 30, 2015.

We have also attempted to secure the signatures of the two pro per Gonzalez Defendants without success, but they have verbally agreed to the continuance.

Dated: May 8, 2015

ROBERTSON, JOHNSON,
MILLER & WILLIAMSON

*/s/ G. David Robertson*_____
G. David Robertson, Attorneys for Plaintiffs

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES
1:13-CV-01550- MJS
PAGE 2

FIKE & BORANIAN

*/s/ David A. Fike*
David A. Fike, Attorneys for Defendants City of Mendota, et al.

### **ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED that the Trial set in this matter is continued to February 9, 2016 at 8:30 AM in Courtroom 6 (MJS) before U.S. Magistrate Judge Michael J. Seng.  Further, expert and non-expert discovery may continue until August 21, 2015, the non-dispositive motion filing deadline is extended to August 31, 2015, and the dispositive motion hearing deadline is extended to September 30, 2015.

IT IS SO ORDERED.

Dated:   May 12, 2015                              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES
1:13-CV-01550- MJS
PAGE 3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Civil Local Rule 5-1, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action.  I further certify that on the 8th day of May, 2015, I electronically filed the foregoing **STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES** with the Clerk of the Court by using the ECF system which sends a notice of the filing to the following:

> David A. Fike, Esq.
> (Calif. State Bar No. 95325)
> Fike & Boranian
> 401 Clovis Avenue, Suite 208
> Clovis, CA  93612
> Telephone: (559) 229-2200
> Facsimile:  (559) 225-5504
> Email:  dfike@fikeboranianlaw.com
> *Attorneys for Defendants City of Mendota, Hector J. Soria, Dan Grasserand, Johnny A. Lemus, Hector Lizarraga, Kristal Chojnacki, Gerry Galvin, Francisco Amador, Joseph R. Amador, Leo Capuchino, John Flores, Robert Silva, Joseph Riofrio, Bryce Atkins and Korina Zamora*

I further certify that on the 8th day of May, 2015, I caused to be deposited in the U.S. Mail, first-class postage fully prepaid, a true and correct copy of the foregoing **STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES,** addressed to the following:

> Abraham Gonzalez
> Felipe Gonzalez
> dba Gonzalez Towing & Tire Shop
> 1297 Oller Street
> Mendota, CA  93640
> Defendants in pro per

                                               */s/ Teresa W. Stovak*
                                               An Employee of Robertson, Johnson,
                                               Miller & Williamson

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST) AND RELATED DISCOVERY AND MOTION DEADLINES
1:13-CV-01550- MJS
PAGE 4