G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
Bank of America Plaza
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (775) 329-5600
Facsimile No. (775) 348-8300
Attorneys for EDWARD WARKENTINE
and DANIEL TANKERSLEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HECTOR J. SORIA; DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 1:13-CV-01550-MJS <br><br> **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE (FIRST REQUEST)** |

   IT IS HEREBY STIPULATED AND AGREED by the parties hereto, to continue the Pretrial Conference from January 15, 2015, at 9:30 a.m. to January 21, 2015, at 1:30 p.m.

   We have also attempted to secure the signatures of the two pro per Gonzalez Defendants without success. However, we did make contact with the Gonzalez Defendants and they agreed to have the Pretrial Conference on January 21, 2015, at 1:30 p.m.

///

///

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE (FIRST REQUEST)
1:13-CV-01550- MJS
PAGE 1

Dated:  November 10, 2015 

ROBERTSON, JOHNSON,
MILLER & WILLIAMSON

*/s/ G. David Robertson*
G. David Robertson, Attorneys for Plaintiffs

FIKE & BORANIAN

*/s/ David A. Fike*
**(as authorized on 11/10/15)**
David A. Fike, Attorneys for Defendants
City of Mendota, et al.

## ORDER

Good cause appearing, the Stipulation to Continue the Pretrial Conference from January 15, 2016 to January 21, 2016 at 1: 30 PM in 1:13-cv-1550-MJS is **DENIED**.  The proposed new date for the Pretrial Conference is too close to the trial date.  The Parties shall coordinate an alternative date with Courtroom Deputy Laurie Yu or stipulate to  move the trial date.

IT IS SO ORDERED.

Dated:   November 12, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE (FIRST REQUEST)
1:13-CV-01550- MJS
PAGE 2