1  G. DAVID ROBERTSON, ESQ.
   California State Bar No. 111984
2  MARILEE BRETERNITZ, ESQ.
   California State Bar No. 280830
3  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
   Bank of America Plaza
4  50 West Liberty Street, Suite 600
   Reno, Nevada  89501
5  Telephone No. (775) 329-5600
   Facsimile No.  (775) 348-8300
6  Attorneys for EDWARD WARKENTINE
   and DANIEL TANKERSLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual, | CASE NO.: 1:13-CV-01550-MJS |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE (SECOND REQUEST)** |
| v. | |
| HECTOR J. SORIA; DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, that a short continuance of the trial and pretrial conference in this matter should be granted. The reason for the request is that Plaintiffs' counsel has a calendar conflict in that he is scheduled to be in a hearing on dispositive motions on January 15, 2016 in United States District Court, Eastern District of California – Sacramento Division, which hearing is expected to consume the majority,

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE (SECOND REQUEST)
1:13-CV-01550- MJS
PAGE 1

if not all, of the day. Due to the availability of the court and counsel, the pretrial conference in this action cannot be rescheduled without continuing both the trial and pretrial conference. This is the second request for a continuance of this matter. The parties request that the trial be continued to March 1, 2016 and the pretrial conference be continued to January 29, 2016.

We have attempted to secure the signatures of the two pro per Gonzalez Defendants without success. However, we did make contact with the Gonzalez Defendants and they agreed to have the trial and pretrial conference continued to the foregoing dates.

Dated:  December 3, 2015                         FIKE & BORANIAN

                                                 _/s/ David A. Fike_____
                                                 *(as authorized on 12/3/15)*
                                                 David A. Fike, Attorneys for Defendants
                                                 City of Mendota, et al.

                                                 ROBERTSON, JOHNSON, MILLER & WILLIAMSON

                                                 _/s/ G. David Robertson_____
                                                 G. David Robertson, Attorneys for Plaintiffs

## **ORDER**

Good cause appearing, the proposed Stipulation to Continue the Pretrial and Trial dates in case 1:13-cv-1550-MJS is hereby approved and adopted as the Order of the Court.

IT IS HEREBY ORDERED that the Pretrial Conference in this case is continued to January 29, 2016 at 1:30 PM and trial is continued to March 1, 2016 at 8:30 AM, both in Courtroom 6 (MJS) before Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   December 3, 2015             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE (SECOND REQUEST)
1:13-CV-01550- MJS
PAGE 2