G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
MARILEE BRETERNITZ, ESQ.
California State Bar No. 280830
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
Bank of America Plaza
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (775) 329-5600
Facsimile No. (775) 348-8300
Attorneys for EDWARD WARKENTINE
and DANIEL TANKERSLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| EDWARD WARKENTINE, an individual; and DANIEL TANKERSLEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HECTOR J. SORIA; DAN GRASSERAND; JOHNNY A. LEMUS; HECTOR LIZARRAGA; KRISTAL CHOJNACKI; GERRY GALVIN; FRANCISCO AMADOR; JOSEPH R. AMADOR; LEO CAPUCHINO; JOHN FLORES; ROBERT SILVA; CITY OF MENDOTA; JOSEPH RIOFRIO; BRYCE ATKINS; KORINA ZAMORA; MARTIN HERNANDEZ; SMITTY'S TOWING & AUTO DISMANTLING; ABRAHAM GONZALEZ; FELIPE GONZALEZ; GONZALEZ TOWING & TIRE SHOP; AND DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 1:13-CV-01550-MJS<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT BETWEEN THE PARTIES** |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that they have a tentative global settlement of the matter. However, the terms of the settlement require approval by the City Council for the City of Mendota before the settlement can be finalized. The City Council will meet and consider the proposed settlement terms on the evening of Tuesday, February 23, 2016.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER
REGARDING SETTLEMENT BETWEEN THE PARTIES
1:13-CV-01550- MJS, PAGE 1

Accordingly, in order to preserve the status quo, the parties hereby stipulate and agree that the Court should not issue any further Orders in the case until the afternoon of Wednesday, February 24, 2016.  The parties will notify the Court whether the settlement was approved by City Council by 10 a.m. on Wednesday, February 24, 2016.

The parties further stipulate and agree that the deadline to exchange trial exhibits should be extended to Thursday, February 25, 2016.

This global settlement includes the Gonzalez Defendants.  They have verbally agreed to the matters contained herein.

Dated:  February 18, 2016.  

ROBERTSON, JOHNSON, MILLER & WILLIAMSON

*/s/ G. David Robertson*
G. David Robertson, Attorneys for Plaintiffs

FIKE & BORANIAN

*/s/ David A. Fike*
David A. Fike, Attorneys for Defendants City of Mendota, et al.

## ORDER

Good cause appearing, the proposed Stipulation Regarding Notice of Settlement in case No. 1:13-cv-1550-MJS is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   February 19, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER
REGARDING SETTLEMENT BETWEEN THE PARTIES
1:13-CV-01550- MJS, PAGE 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER
REGARDING SETTLEMENT BETWEEN THE PARTIES
1:13-CV-01550- MJS, PAGE 3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Civil Local Rule 5-1, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action.  I further certify that on the 18th day of February, 2016, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING SETTLEMENT BETWEEN THE PARTIES** with the Clerk of the Court by using the ECF system which sends a notice of the filing to the following:

> David A. Fike, Esq.
> (Calif. State Bar No. 95325)
> Fike & Boranian
> 401 Clovis Avenue, Suite 208
> Clovis, CA  93612
> Telephone: (559) 229-2200
> Facsimile:  (559) 225-5504
> Email: dfike@fikeboranianlaw.com
> *Attorneys for Defendants City of Mendota, Hector J. Soria, Dan Grasserand, Johnny A. Lemus, Hector Lizarraga, Kristal Chojnacki, Gerry Galvin, Francisco Amador, Joseph R. Amador, Leo Capuchino, John Flores, Robert Silva, Joseph Riofrio, Bryce Atkins and Korina Zamora*

I further certify that on the 18th day of February, 2016, I caused to be deposited in the U.S. Mail, first-class postage fully prepaid, a true and correct copy of the foregoing **STIPULATION AND ORDER REGARDING SETTLEMENT BETWEEN THE PARTIES,** addressed to the following:

> Abraham Gonzalez
> Felipe Gonzalez
> dba Gonzalez Towing & Tire Shop
> 1297 Oller Street
> Mendota, CA  93640
> Defendants in pro per

*/s/ Teresa W. Stovak*
An Employee of Robertson, Johnson, Miller & Williamson

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER
REGARDING SETTLEMENT BETWEEN THE PARTIES
1:13-CV-01550- MJS, PAGE 4