1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

11  EDWARD WARKENTINE, an                 No. 1:13-CV-1550-MJS
    individual; and DANIEL TANKERSLEY,
12  an individual,

13              Plaintiff,                **ORDER RE: DISPOSITIVE DOCUMENTS
                                          AFTER NOTICE OF SETTLEMENT**
14       v.

15  HECTOR J. SORIA; DAN
    GRASSERAND; JOHNNY A. LEMUS;         **DISPOSITIVE DOCUMENTS SHALL BE
16  HECTOR LIZARRAGA; KRISTAL             FILED WITHIN 30 DAYS.**
    CHOJNACKI; GERRY GALVIN;
17  FRANCISCO AMADOR; JOSEPH R.           **(ECF. 137)**
    AMADOR; LEO CAPUCHINO; JOHN
18  FLORES; ROBERT SILVA; CITY OF
    MENDOTA; JOSEPH RIOFRIO;
19  BRYCE ATKINS; KORINA ZAMORA;
    MARTIN HERNANDEZ; SMITTY'S
20  TOWING & AUTO DISMANTLING;
    ABRAHAM GONZALEZ; FELIPE
21  GONZALEZ; GONZALEZ TOWING &
    TIRE SHOP; AND DOES 1 through 20,
22  inclusive,

23              Defendant.

24
25
26      On February 24, 2016, the Court was notified that the parties to the above
27  captioned matter had agreed to settle it in its entirety.  In accordance with the provisions
28
                                            1

of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

Failure to comply with this order may be grounds for the imposition of sanctions against anyone who contributes to its violation.

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   February 24, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE