1  G. DAVID ROBERTSON, ESQ.
California State Bar No. 111984
2  MARILEE BRETERNITZ, ESQ.
California State Bar No. 280830
3  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
Bank of America Plaza
4  50 West Liberty Street, Suite 600
Reno, Nevada  89501
5  Telephone No. (775) 329-5600
Facsimile No.  (775) 348-8300
6  Attorneys for EDWARD WARKENTINE
and DANIEL TANKERSLEY

7

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

11

12  EDWARD WARKENTINE, an individual; and
DANIEL TANKERSLEY, an individual,

CASE NO.: 1:13-CV-01550-MJS

13  Plaintiffs,

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

14  v.

15  HECTOR J. SORIA; DAN GRASSERAND;
JOHNNY A. LEMUS; HECTOR
16  LIZARRAGA; KRISTAL CHOJNACKI;
GERRY GALVIN; FRANCISCO AMADOR;
17  JOSEPH R. AMADOR; LEO CAPUCHINO;
JOHN FLORES; ROBERT SILVA; CITY OF
18  MENDOTA; JOSEPH RIOFRIO; BRYCE
ATKINS; KORINA ZAMORA; MARTIN
19  HERNANDEZ; SMITTY'S TOWING &
AUTO DISMANTLING; ABRAHAM
20  GONZALEZ; FELIPE GONZALEZ;
GONZALEZ TOWING & TIRE SHOP; AND
21  DOES 1 through 20, inclusive,

22  Defendants.

23

24  IT IS HEREBY STIPULATED AND AGREED by the parties hereto, that a global

25  settlement has been reached in this matter and the parties have executed a Settlement Agreement

26  and Mutual Release effective February 23, 2016.

27  It is hereby further stipulated and agreed by the parties hereto that the above-captioned

28  case, all claims, causes of action, and defenses between Plaintiffs and Defendants set forth in the

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

1   pleadings herein be dismissed with prejudice, with each party to bear his, her or its own

2   attorneys' fees and costs.

3        The parties hereby further stipulate, agree, and request that the Court retain jurisdiction to

4   enforce the Settlement Agreement and Mutual Release pursuant to section 2.5 therein, as well as

5   all applicable federal laws and section 664.6 of the California Code of Civil Procedure.

6   Dated:  March 15, 2016

7                                            ROBERTSON, JOHNSON,
                                             MILLER & WILLIAMSON
8

9                                            */s/ G. David Robertson*
                                             G. David Robertson, Attorneys for Plaintiffs
10

11                                           FIKE & BORANIAN

12
                                             */s/ David A. Fike*
13                                           **(as authorized on 3/14/16)**
                                             David A. Fike, Attorneys for Defendants
14                                           City of Mendota, et al.

15
                                             */s/ Abraham Gonzalez*
16                                           **(as authorized on 3/14/16)**
                                             Abraham Gonzalez
17

18                                           */s/ Felipe Gonzalez*
                                             **(as authorized on 3/14/16)**
19                                           Felipe Gonzalez

20
                                             */s/ Abraham Gonzalez*
21                                           **(as authorized on 3/14/16)**
                                             Gonzalez Towing & Tire Shop
22
                                    **ORDER**
23
         Good cause appearing, the proposed Stipulation and Order to Dismiss in Case No. 1:13-
24
    cv-1550-MJS is hereby approved and adopted as the Order of the Court.
25

26  IT IS SO ORDERED.

27
        Dated:   March 15, 2016             /s/ *Michael J. Seng*
28
                                            UNITED STATES MAGISTRATE JUDGE

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE
1:13-CV-01550- MJS
PAGE 2